IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG, | CASE NO. 5:13-cv-04442 EJD |
| Plaintiff(s), | **ORDER OF RECUSAL** |
| v. | |
| JOHN G. ROBERTS, JR., et. al., | |
| Defendant(s). | |

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

**IT IS SO ORDERED.**

Dated: October 17, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-04442 EJD
ORDER OF RECUSAL

1