UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN G. ROBERTS, JR., *et al.*,<br><br>   Defendants.<br>_____/ | No. C-13-4442 EMC<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER GRANTING UNITED STATES' MOTION TO DISMISS AND DECLARING PLAINTIFF A VEXATIOUS LITIGANT filed on December 20, 2013.** The Clerk of the Court is directed to close the file in this case.

Dated: December 20, 2013

                                                            EDWARD M. CHEN<br>
                                                             United States District Judge